Opinion issued October 2, 2014



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00249-CR

———————————

**JASON CLAUDE BELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Case No. 1385610**

---

## MEMORANDUM OPINION

On September 2, 2014, appellant, Jason Claude Bell, filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P.

42.2(a), (b). Accordingly, we grant the motion and dismiss this appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).